**Michael W. BLODGETT,**
**Plaintiff–Appellant**

v.

**Jon HANSON; Tony Krall; The Trustees of Zuhrah Shrine; John and Jane Does 1–10; Court 53 Royal Order of Jesters, Defendants–Appellees.**

**No. 13–2197.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 20, 2014.

Filed: May 23, 2014.

Michael W. Blodgett, Inver Grove Heights, MN, pro se.

Jessica Lee Prom Klander, Jonathan Paul Norrie, Dale Melvin Wagner, Bassford & Remele, Timothy Franzen, Thomas J. Shroyer, Moss & Barnett, Minneapolis, MN, for Defendants–Appellees.

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Michael W. Blodgett appeals from an order of the District Court [1] dismissing his Racketeer Influenced and Corrupt Organizations Acts suit under Rule 12(b)(6) of the

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

Federal Rules of Civil Procedure. Upon careful *de novo* review, we find that the Rule 12(b)(6) dismissal was proper, *see Dubinsky v. Mermart, LLC*, 595 F.3d 812, 815–16 (8th Cir.2010); that there was no abuse of discretion in the denial of reconsideration, *see United States v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir.2006); and that there was no abuse of discretion in the imposition of sanctions, either under the District Court's inherent authority, *see Bass v. Gen. Motors Corp.*, 150 F.3d 842, 851 (8th Cir.1998), or under Rule 11, *see Clark v. United Parcel Serv., Inc.*, 460 F.3d 1004, 1008 (8th Cir.2006), *cert. denied*, 549 U.S. 1340, 127 S.Ct. 2043, 167 L.Ed.2d 767 (2007). Accordingly, we affirm the judgment of the District Court. *See* 8th Cir. R. 47B.